STATE of Louisiana

v.

Jeremy G. STRICKLAND

NO. 2015-OK-1843

Supreme Court of Louisiana.

October 10, 2016

Applying For Supervisory and/or Remedial Writs, Parish of Tangipahoa, 21st Judicial District Court Div. D, No. 85074, 88699, 88904, 91860, 93414, 93532, 94888,-

95375, 95675, 95791; to the Court of Appeal, First Circuit, No. 2015 KW 1137.

Denied.